**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTION INC., ) | Case No.: 13-CV-05557-LHK |
| ) | |
| Plaintiff, ) | ORDER VACATING CASE |
| v. ) | MANAGEMENT CONFERENCE AND |
| ) | ORDER TO FILE MOTION FOR |
| SALVADOR SALGADOBARAJAS, ) | DEFAULT JUDGMENT |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff shall file a motion for default judgment by April 16, 2014. The case management conference set for April 2, 2014 is hereby vacated and continued to July 16, 2014 at 2:00 p.m. in Courtroom 8, 4th floor.

**IT IS SO ORDERED.**

Dated: March 26, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-05557-LHK
ORDER VACATING CASE MANAGEMENT CONFERENCE AND ORDER TO FILE MOTION FOR DEFAULT JUDGMENT